CARROLL v. INDUSTRIES, INC.

No. 191 PC.

No. 95 (Fall Term).

Case below: 37 N.C. App. 10.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 29 August 1978.

CARROLL v. ROUNTREE

No. 152 PC.

Case below: 36 N.C. App. 156.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.

CRAIG v. KESSING

No. 189 PC.

Case below: 36 N.C. App. 389.

Motion of plaintiff to dismiss defendant's appeal for lack of substantial constitutional question allowed 29 August 1978. Petition by defendant for discretionary review under G.S. 7A-31 allowed for limited purpose of determining whether Court of Appeals erred in deciding parol evidence was inadmissible to show instrument in question had been altered or added to after its execution.

FINANCE CO. v. FINANCE CO.

No. 176 PC.

Case below: 36 N.C. App. 401.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.

HAMILTON v. HAMILTON

No. 204 PC.

No. 99 (Fall Term).

Case below: 36 N.C. App. 755.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 29 August 1978.